FILED: June 3, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1205
(1:23-cv-00833-CCE-JLW)

_____

JOY G. FRANKLIN, on behalf of herself and all others similarly situated

      Plaintiff - Appellee

v.

DUKE UNIVERSITY; THE RETIREMENT BOARD FOR DUKE UNIVERSITY

      Defendants - Appellants

 and

JOHN/JANE DOES 1-10

      Defendant

_____

O R D E R

_____

The court grants the motion to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk