IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Joy G. Franklin, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Duke University, the Retirement Board for Duke University, and John/Jane Does 1-10,<br><br>Defendants. | Case No. 1:23-cv-00833-CCE-JLW |

## PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT

Plaintiff Joy G. Franklin ("Plaintiff") on behalf of herself and the Class Members she represents, respectfully moves this Court for an Order granting preliminary approval of their Class Action Settlement Agreement with Defendants, preliminarily certifying the Settlement Class, Appointing Siri & Glimstad LLP as Class Counsel, approving the Settlement Notice, and scheduling a Final Approval Hearing. In support of this Motion, Plaintiff relies on the Memorandum of Law filed herewith, the accompanying declaration of the named Plaintiff's counsel, Oren Faircloth, Esq., along with the exhibits thereto.

Dated: September 15, 2025

Respectfully submitted,

**SIRI & GLIMSTAD LLP**

/s/ *Oren Faircloth*
Oren Faircloth (*pro hac vice*)

Dana Smith
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (929) 677-5181
E: ofaircloth@sirillp.com
E: dsmith@sirillp.com

*Attorneys for Plaintiff*

2