# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Joy G. Franklin, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> Duke University, the Retirement Board for Duke University, and John/Jane Does 1-10, <br><br> Defendants. | Case No. 1:23-cv-00833-CCE-JLW |

## JOINT MOTION FOR LEAVE TO FILE AMENDMENT TO CLASS ACTION SETTLEMENT AGREEMENT

Plaintiff, Joy G. Franklin ("Plaintiff"), and Defendants, Duke University and the Retirement Board for Duke University ("Defendants"), (collectively, the "Parties"), by and through their respective counsel, respectfully submit this Joint Motion for Leave to File Amendment to the Class Action Settlement Agreement (the "Amendment"). In support of this Joint Motion, the Parties state as follows:

1. The Parties executed a Class Action Settlement Agreement dated September 9, 2025, Dkt. 55-4, (the "Settlement Agreement").[1]

2. On October 14, 2025, the Court entered an order granting preliminary approval to the Settlement, directed that notice be sent to the class, and scheduled a Fairness Hearing for January 21, 2026. Dkt. 58.

---

[1] Capitalized terms have the same meaning as defined in the Settlement Agreement and Amendment.

3. In preparing for implementation of the Settlement Agreement, the Parties recognized that certain provisions addressing the timing and mechanics for payment of certain Settlement-related amounts, including the Service Award and any Court-approved Attorneys' Fees and Costs, would benefit from additional clarification to ensure efficient administration and to reflect the Parties' understanding of how these post-approval payments will be made.

4. To avoid any delay in the administration of the Settlement, the Parties have agreed to the Amendment to the Settlement Agreement, attached as Exhibit A.

5. The Amendment memorializes the Parties' agreement regarding the timing and manner in which the Court-approved Service Award and Court-approved Attorneys' Fees and Costs will be transmitted following entry of the Final Approval Order. It confirms that Administrative Expenses will be advanced as set forth in the Amendment and reimbursed from the Gross Settlement Amount. The Amendment also clarifies that any advancement of expenses by Class Counsel is an administrative accommodation and does not alter the Parties' agreed allocation of responsibility for the payment of Administrative Expenses.

6. The Amendment does **not** alter the substantive relief afforded to the Settlement Class,[2] the method for calculating the Net Settlement Amount, the Service

---

[2] Even though the Amendment calls for the Administrative Expenses to be deducted from the Gross Settlement Amount, Section 2.2 of the Settlement Agreement states in relevant part that the "Administrative Expenses shall be recovered from the Gross Settlement Amount." As such, the value of the Gross Settlement Amount payable to the Class will not change by this Amendment. Given that this Amendment does not impact any rights or entitlements that Class Members will receive and only clarifies the timing and mechanisms

Award structure, the Attorneys' Fees and Costs provisions, the timing and methods of notice to the Class, or any other material terms of the Settlement Agreement. The Amendment preserves Class Members' entitlement to receive the full Net Settlement Amount and does not modify any rights associated with that payment or the releases being granted to Defendants and the Released Parties.

7. The Settlement Notice approved by the Court for distribution, Dkt. 55-1, was issued to the Class on November 4, 2025, and provides Class Members with information regarding the settlement website. Upon approval of the Amendment, Class Counsel will ensure that the Amendment is uploaded to the settlement website to be accessible to the Class.

8. No prejudice will result in the Court's entering of the Amendment, as the Settlement is still subject to final review and approval by the Court. Section 14.12 of the Settlement Agreement addresses amendments, stating in relevant part: "Following entry of the Preliminary Approval Order, this Settlement Agreement may be modified or amended only by written agreement signed on behalf of all Settling Parties, and only if the modification or amendment is approved by the Independent Fiduciary in writing and approved by the Court."

9. The Parties are seeking the written approval from the Independent Fiduciary, consistent with Section 14.12, and upon obtaining that approval, Class Counsel will submit

---

of payment for the Administrative Expenses and Service Award, the Parties respectfully submit that posting the Amendment on the Settlement website suffices to notify the Class Members.

the Independent Fiduciary's determination to the Court with the motion for Final Approval of the Settlement.

Accordingly, the Parties jointly and respectfully request that the Court enter the accompanying Order Granting Leave to File Amendment to the Class Action Settlement Agreement, deeming the Amendment filed and part of the record in this action.

Respectfully submitted,

Date: December 8, 2025

| | |
|---|---|
| /s/ Oren Faircloth | /s/ Jeremy P. Blumenfeld (with permission) |
| | **MORGAN, LEWIS & BOCKIUS LLP** |
| **SIRI & GLIMSTAD LLP** | Jeremy P. Blumenfeld* |
| Oren Faircloth* | Mary Ann F. McNulty* |
| 745 Fifth Avenue, Suite 500 | 2222 Market Street |
| New York, NY 10151 | Philadelphia, PA 19103 |
| Tel.: (212) 532-1091 | Tel.: (215) 963-5000 |
| Email: ofaircloth@sirillp.com | Fax: (215) 963-5001 |
| | Email: jeremy.blumenfeld@morganlewis.com |
| Dana S. Smith | Email: mary.mcnulty@morganlewis.com |
| 525 North Tryon Street, | |
| Suite 1600 #7433 | Abbey M. Glenn* |
| Charlotte, NC 28202 | 1111 Pennsylvania, NW |
| Tel.: (980) 533-4616 | Washington, DC 20004 |
| Email: dsmith@sirillp.com | Tel.: (202) 739-3001 |
| | Email: abbey.glenn@morganlewis.com |
| **NAGEL RICE, LLP** | |
| David J. Disabato* | **ELLIS & WINTERS, LLP** |
| 103 Eisenhower Parkway | Dixie T. Wells |
| Roseland, NJ 07068 | 300 North Greene Street, Suite 800 |
| Tel.: (973) 618-0400 | Greensboro, NC 27401 |
| Email: ddisabato@nagelrice.com | Tel.: (336) 217-4197 |
| | Email: dixie.wells@elliswinters.com |
| *Special Appearance | |
| Attorneys for Plaintiff | *Special Appearance |
| | Attorneys for Defendants |

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2025, a true and correct copy of the foregoing was filed electronically through the Court's CM/ECF electronic filing system.

/s/ *Oren Faircloth*
Oren Faircloth