IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| Joy G. Franklin, on behalf of herself and all others similarly situated, | |
|---|---|
| Plaintiff, | Case No. 1:23-cv-00833-CCE-JLW |
| v. | |
| Duke University, the Retirement Board for Duke University, and John/Jane Does 1-10, | |
| Defendants. | |

**PLAINTIFF'S UNOPPOSED MOTION FOR**
**FINAL APPROVAL OF CLASS SETTLEMENT**

Plaintiff Joy G. Franklin ("Plaintiff") on behalf of herself and the Class Members she represents, respectfully moves this Court for an Order:

1. Granting final approval of the settlement described in the "Settlement Agreement" between Plaintiff and Duke University and the Duke University Retirement Board (collectively, "Defendants" or "Duke") as fair, reasonable, and adequate;

2. Finally approve the appointment of Plaintiff Joy G. Franklin as the Class Representative;

3. Finally approve the appointment of Siri & Glimstad LLP as Class Counsel; and

4. Grant Plaintiff's Motion for Attorneys' Fees, Expenses, and Service Award filed herewith. Plaintiff's unopposed request for final approval is supported by: (i) this Motion; (ii) the Memorandum in Support of Plaintiff's Motion for Final Approval of Class Action Settlement; (iii) the Class Action Settlement Agreement; (iv) the Court's

Preliminary Approval Order (ECF 58); (v) the [Proposed] Final Approval Order submitted concurrently herewith; and (vi) the records, pleadings, and papers filed in this action.

As detailed in the Memorandum, the Duke Settlement delivers substantial, immediate, and ongoing relief to approximately 720 retirees and beneficiaries through prospective monthly pension benefit increases funded by the $2,350,000 Gross Settlement Amount. The recovery equals roughly twenty percent of total class-wide damages as calculated by Plaintiff's actuarial expert, which is an excellent result given the procedural risks of continued litigation, including Defendants' pending Fourth Circuit appeal seeking to compel individual arbitration. The Settlement allocates relief pursuant to a uniform, *pro rata* formula tied to each Class Member's share of the present value of past and future benefits, ensuring equitable treatment across the Class. The Settlement was reached only after arm's-length negotiations overseen by mediator Robert Meyer, Esq. of JAMS, and has been reviewed and approved by an Independent Fiduciary, providing further assurance of its fairness and adequacy. For these reasons, Plaintiff respectfully requests that the Court grant this Motion and enter the [Proposed] Final Approval Order.

Dated: December 8, 2025         Respectfully submitted,

**SIRI & GLIMSTAD LLP**

/s/ Oren Faircloth
Oren Faircloth (*pro hac vice*)
Dana Smith
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (929) 677-5181

E: ofaircloth@sirillp.com
E: dsmith@sirillp.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2025, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 8th day of December, 2025.

      /s/ *Oren Faircloth*
      Oren Faircloth